IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02562-ZLW

MIKE KING,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,
UNITED STATES PROBATION DEPARTMENT, and
UNITED STATES DISTRICT JUDGE,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
COLORADO

MAR 29 2007

GREGORY C. LANGHAM
CLERK

## ORDER

Plaintiff Mike King has filed *pro se* on March 15, 2007, a "Motion to Reconsider" and a "Motion to Amend Pursuant to Fed. R. Civ. P. Rule 15(a)(b)." Mr. King asks the Court in these motions to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on February 20, 2007, and to allow him to amend the complaint to cure what he perceives to be a pleading deficiency. The Court must construe the motions liberally because Mr. King is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motions will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243

(10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. King's motion to reconsider in this action, which was filed more than ten days after the Court's Order and Judgment of Dismissal, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

Mr. King is incarcerated in a federal prison in Texas. He filed the instant action pursuant to the Privacy Act challenging the accuracy of certain information in his presentence report. Mr. King apparently filed this action in this Court because he was convicted and sentenced in this Court. *See United States v. King*, No. 95-cr-00010-EWN (Jan. 24, 1996). Mr. King specifically complained that the probation officer who prepared his presentence report included erroneous information that was used to increase the length of his sentence. The Court dismissed this action as legally frivolous because the Privacy Act does not apply to either the federal courts or the United States Probation Office.

Mr. King does not challenge the Court's determination in the motions he filed on March 15. Instead, he contends that he merely named the wrong agency as the Defendant in this action and he seeks to raise a new Privacy Act claim alleging that the United States Bureau of Prisons has relied upon the allegedly erroneous information in his presentence report to make an adverse determination regarding his classification.

Upon consideration of the pending motions and the entire file, the Court finds that Mr. King fails to demonstrate the existence of any extraordinary circumstances that

would justify a decision to reconsider and vacate the order dismissing this action. The Court will not reopen this action to allow Mr. King to raise a new claim that he did not raise in his original complaint. Furthermore, Mr. King's claim against the Bureau of Prisons is not properly raised in this Court because Mr. King is incarcerated in Texas. Therefore, the motions will be denied. Accordingly, it is

ORDERED that the "Motion to Reconsider" and the "Motion to Amend Pursuant to Fed. R. Civ. P. Rule 15(a)(b)" filed on March 15, 2007, are denied.

DATED at Denver, Colorado, this 28 day of March, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02562-BNB

Mike King
Reg. No. 25803-013
Federal Corr. Institution
P.O. Box 26040
Beaumont, TX 77720

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/29/07

GREGORY C. LANGHAM, CLERK

By: _____
                 Deputy Clerk